UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES D. LITTLE, et al** | : | |
| | : | **CASE NO. C-1-00-694** |
| Plaintiffs | : | Judge Weber |
| | : | |
| vs. | : | |
| | : | **STIPULATION OF DISMISSAL** |
| **FORMICA CORPORATION** | : | **WITH PREJUDICE** |
| | : | |
| Defendant | : | |

Now come the parties and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-styled action is dismissed with prejudice. Each party shall bear his/its own costs.

Respectfully submitted,

___s/ David D. Kammer_____
David D. Kammer (0061808)
**TOBIAS, KRAUS & TORCHIA**
911 Mercantile Library Building
414 Walnut Street
Cincinnati, OH 45202
P:      513-241-8137
F:      513-241-7863
E:      DaveK@tktlaw.com
*Attorney for Plaintiffs*

_____s/ Keith P. Spiller_____
Keith P. Spiller (0042102)
**THOMPSON HINE, LLP**
312 Walnut St., Suite 1400
Cincinnati, OH 45202
Phone:     513-352-6722
Fax:       513-241-2771
E:      keith.spiller@thompsonhine.com
*Attorney for Defendant*

1