UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES D. LITTLE, et al | : | CASE NO. C-1-00-694 |
| Plaintiffs | : | Judge Weber |
| vs. | : | |
| FORMICA CORPORATION | : | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendant | : | |

Now come the parties and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-styled action is dismissed with prejudice. Each party shall bear his/its own costs.

*[approved signature] USDJ 3/25/05*

Respectfully submitted,

___s/ David D. Kammer___
David D. Kammer (0061808)
**TOBIAS, KRAUS & TORCHIA**
911 Mercantile Library Building
414 Walnut Street
Cincinnati, OH 45202
P:   513-241-8137
F:   513-241-7863
E:   DaveK@tktlaw.com
*Attorney for Plaintiffs*

___s/ Keith P. Spiller___
Keith P. Spiller (0042102)
**THOMPSON HINE, LLP**
312 Walnut St., Suite 1400
Cincinnati, OH 45202
Phone:   513-352-6722
Fax:     513-241-2771
E:       keith.spiller@thompsonhine.com
*Attorney for Defendant*

1